```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
CAMILLE ROMERO REJAS,                                                  :
                                                                       :
                           Plaintiff,                                  :
                                                                       :      21 Civ. 9462 (JPC)
             -v-                                                       :
                                                                       :           ORDER
KILOLO KIJAKAZI, Acting Commissioner of Social                         :
Security,                                                              :
                                                                       :
                           Defendant.                                  :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

On March 21, 2022, the Court ordered the parties to discuss and advise the Court by April 4, 2022, whether they consent to conducting all further proceedings before Magistrate Judge Gabriel W. Gorenstein. *See* Dkt. 8. The parties failed to comply with the March 21 Order, and the Government claims that Plaintiff's counsel has not responded to its communication about the March 21 Order. *See* Dkt. 9. On April 5, 2022, the Court ordered the parties to comply with the March 21 order by April 8, 2022. *See* Dkt. 10. The parties have still failed to comply with the March 21 Order. By April 26, 2022, it is ORDERED that (1) the parties must comply with the March 21 Order and April 5 Order or (2) Plaintiff must submit a letter, of no more than five pages, addressing whether it has communicated with the Government as directed in the Court's March 21 Order and April 5 Order and, if not, showing cause why sanctions should not be imposed in light of his failure to comply with those Order Orders.

SO ORDERED.

Dated: April 19, 2022
       New York, New York                    _____
                                                     JOHN P. CRONAN
                                                United States District Judge