**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
CAMILLE ROMERO REJAS,

                Plaintiff,                21 **CIVIL** 9462 (GWG)

    -v-                          **<u>JUDGMENT</u>**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated July 27, 2022, that the Commissioner's decision is reversed and that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:** New York, New York
        July 27, 2022

                                                          **RUBY J. KRAJICK**

                                                          **Clerk of Court**
                          **BY:**      *K. Mango*
                                                          **Deputy Clerk**